# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Daniel Digiovacchino, )<br>)<br>  Plaintiff, )<br>)<br> v. )<br>)<br>Chase Bank USA, N.A., Experian )<br>Information Solutions, Inc., and Trans )<br>Union LLC, )<br>)<br>  Defendants. )<br>)<br>_____ ) | CASE NO. 1:16-cv-00590-GMS |

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Daniel Digiovacchino ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff and Experian Information Solutions, Inc., and the Court, having been duly advised, now finds that the same should be granted.

It is, therefore, ordered that all claims of Plaintiff Daniel Digiovacchino against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Daniel Digiovacchino and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Dated: March 24, 2017

_____
UNITED STATES DISTRICT JUDGE